

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re Devon Morris

Appellate case numbers:  01-20-00084-CR, 01-20-00085-CR

Trial court case numbers: 1645948, 1645949

Trial court:                    262nd District Court of Harris County

The petition for writ of mandamus filed by relator, Devon Morris, does not comply with the Texas Rules of Appellate Procedure because it fails to include an appendix that contains "a certified or sworn copy of any order complained of, or any other document showing the matter complained of," and because it lacks citations to "competent evidence" to support "every statement of fact in the petition." TEX. R. APP. P. 52.3(k)(1)(A), (g). The petition also fails to comply with the form requirements in Texas Rule of Appellate Procedure 9.4.

In addition, the petition does not indicate that the trial court was asked to perform a non-discretionary act and refused to do so. *See O'Connor v. First Court of Appeals*, 837 S.W.2d 94, 97 (Tex. 1992) ("Mandamus will issue when there is a legal duty to perform a non-discretionary act, a demand for performance, and a refusal.").

Accordingly, we strike the petition.

It is so ORDERED.


Judge's signature: _____/s/ Russell Lloyd_____
                                   Acting individually

Date:  January 30, 2020